United States Bankruptcy Court
District of Massachusetts

In re Ocean Development Partners, LLC

Chapter 11
Docket #22-10043

# NUNC PRO TUNC DEBTOR'S MOTION TO EMPLOY CARMENELISA PEREZ-KUDZMA AND THE PEREZ-KUDZMA LAW OFFICE, P.C

Ocean Development Partners, LLC, Debtor-in-possession in the above-captioned matter (the "Debtor"), respectfully requests that this Court enters an Order authorizing the employment of Carmenelisa Perez-Kudzma and the Perez-Kudzma Law Office, P.C. ("Counsel") as Counsel for the Debtor in these proceedings, from the date of the filing of this matter. In support hereof, Debtor states as follows:

1. On January 14, 2022, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on an emergency basis.

2. Debtor seeks to employ Carmenelisa Perez-Kudzma and the Perez-Kudzma Law Office, P.C. as Counsel in the within Chapter 11 case to perform services related to the debtor's Chapter 11 case including:

    (a) Assisting the debtor in preparing schedules, statement of financial affairs and related documents with the court.
    (b) Employ professionals to assist in the reorganization of the debtors.
    (c) Effectuate a reorganization of the debtor's estate by filing the appropriate plans of reorganizations and disclosure statements, including any amendments thereto, and defending against any motions to dismiss and/or for relief from the stay.
    (d) Assisting the debtor in complying with Chapter 11 reporting and operations requirements, including filing necessary reports.
    (e) ) Negotiating with creditors for adequate protection and the use of cash collateral, assumption or rejection of leases and/or executory contracts, objection to claims and related issues.

3. The Debtor is informed and believes that the Counsel and Firm have the appropriate skills and personnel needed to perform the services required by this estate. The Firm has experience with the affairs of the Debtor and has over twenty years of practice in the bankruptcy courts throughout Massachusetts, Rhode Island, Colorado, Vermont, and Puerto Rico.

4. Debtor wishes the employment of Attorney Carmenelisa Perez-Kudzma as she has made aware of Debtor's assets, debts and claims by the Debtor.

5. Debtor does not owe Counsel any pre-petition fees and Counsel has waived any and all.

6. Debtor provided Counsel with a $2,500.00 retainer for this Chapter 11 matter,

7. To the Debtor's and Counsel's best knowledge, the Counsel and the Firm have or represents no interest adverse to the Debtor in this case. To the Debtors' best knowledge, Counsel and the Firm have no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. That is, no conflict of interets have been ascertanined.

8. Attached hereto and made part hereof is an Affidavit of Proposed Attorney, in compliance with MLBR 2014-1(d).

9. The Chapter 11 filing fee was provided by Counsel on January 19, 2022.

WHEREFORE, the Debtor requests that Debtor be authorized to employ Counsel and the Firm, specifically Carmenelisa Perez-Kudzma, to render legal services pursuant to the terms described herein from the date of the filing of the herein Chapter 11 petition.

Respectfully Submitted By
Ocean Devolpment Parners, LLC
Through Counsel,
Perez-Kudzma Law Office , P.C
/s/ Carmenelisa Perez-Kudzma
35 Main Street, Suite 1
Wayland MA 01778
BBO#633520
carmenelisa@pklolaw.com
978-505-3333

Dated: January 19, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re Ocean Development Partners, LLC                    Case #22-10043
                                                         Chapter 11

AFFIDAVIT OF CARMENELISA PEREZ-KUDZMA IN SUPPORT OF DEBTOR'S MOTION TO EMPLOY CARMENELISA PEREZ-KUDZMA AND THE PEREZ-KUDZMA LAW OFFICE

I, Carmenelisa Perez-Kudzma declare as follows:

1. I assisted Debtor in the filing of this petition on an emergency basis on January 14, 2022.

2. I believe that I and my Firm have the appropriate skills and personnel needed to perform the services required by this estate. My Firm has experience with the affairs of the Debtor and has over twenty years of practice in the bankruptcy courts throughout Massachusetts, Rhode Island, Colorado, Vermont, and Puerto Rico.

3. I am not owed any pre-petition fees and Counsel has waived any and all.

4. I was given a $2,500.00 retainer before the filing of the petition.

5. To my knowledge I or my Firm have or represents no interest adverse to the Debtor in this case. To my best knowledge, Counsel and the Firm have no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee

6. I know that the Debtor paid the Chapter 11 fees and Counsel paid the Court forthwith upon receipt of such funds.

7. I am currently a practitioner at, and the owner of, the Perez-Kudzma Law Office ("Counsel"), which maintains an office comprised of four at 35 Main street, Suite 1, Wayland, MA 01778. I am making this statement pursuant to Section 327 of Title 11 of the United States Code ("The Bankruptcy Code"), Fed.R.Bankr.P.2014 (a), and MLBR 2014-1.

8. I am a member of the Bars of the Supreme Judicial Court of the Commonwealth of Massachusetts, the United States District Courts for the District of Massachusetts, Vermont, Colorado, Puerto Rico, the United States Appeals Court for the First, Tenth, and Eleventh Circuit, and the U.S. Supreme Court. I am in good standing with respect to each of the foregoing. I have practiced law for 20 years. I have also successfully handled Chapter 11 matters in the past in this Court and tax proceedings.

9. Again, neither I nor any member that works for my firm holds or represents any interests or claims adverse to the estate of the above named Debtor.

10. I have not agreed to share with any person the compensation paid and to be paid in connection with the services rendered in this case.

11. I am not owed any money pre-petition and I have waived all and any.

12. I shall amend this statement immediately upon my learning that (A) any of the within representation are incorrect or (B) there is any change of circumstances relating thereto.

13. I have reviewed the provisions of MLBR 2016-1.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 19the day of January 2022

_____
Carmenelisa Perez-Kudzma

CERTIFICATE OF SERVICE

I, Carmenelisa Perez-Kudzma, hereby certify that on January 19, 2022 after 6pm a true copy of **Debtor's Motion to Employ Carmenelisa Perez-Kudzma and the Perez-Kudzma Law Office as Counsel** (with **Affidavit of Carmenelisa Perez-Kudzma in Support of Debtor's Motion to Employ Carmenelisa Perez-Kudzma and the Perez-Kudzma Law Office as Counsel** was served to all CM/ECF participants:

Office of the U.S. Trustee via ECF

```
 See Attached
mailing list via
first class mail
```

/s/ Carmenelisa Perez-Kudzma
Carmenelisa Perez-Kudzma

18 MillSt. LLC
268 Newbury St.
Boston, MA 02116

Barry Bros. Disposal
P.O. Box 650040 Newton,
MA 02465-0040

Campbell Landscape, Inc.
P.O. Box 666
Barnstable, MA 02668-0666

Eversource 247 Station Drive
Westwood, MA 02090-2398

Franco's Painting 74 Nixon Rd.
Framingham, MA 01701

Loud Fuel Company
552 Thomas B. Landers Rd.
East Falmouth, MA 02536

National Grid
P.O. Box 11736 Newark, NJ 07101-1736

Ocean Development, LLC
3 Kales Way
Harwichport, MA 02646

Ocean Development Partners, LLC
268 Newbury St., 4th Floor
Boston, MA 02116

Ocean Luxury Real Estate
268 Newbury St., 4th Floor
Boston, MA 02116

Ocean Pools
161 Queen Anne Road
Harwich, MA 02645-2406

P&M Site Services
10 Orange Rd.
Nantucket, MA 02554

Raymond C. Green Companies
155 Federal Street, Suite 1300
Boston, MA 02110

Rex Electric 2045 Main St.

Mashpee, MA 02649

Todd Stamoulis
c/o Jennifer L. Conrad, Esquire
SEDER & CHANDLER, LLP
Burnside Building 339 Main Street
Worcester, MA 01608-1585

Tom Landscape, fnc.
61 Old South Rd.
Nantucket, MA 02554

Town of Nantucket Water Dept.
1 Milestone Road
Nantucket, MA 02554-6097

Town of Newton Assessors Dept.
1000 Commonwealth Avenue
Newton,MA 02459-1449

Town of Newton
Water & Sewer Division
1000 Commonwealth Avenue
Newton, MA 02459-1449

Town of Yarmouth Assessors
Dept. 1146 Route 28
South Yarmouth, MA 02664-4491

Town of Yarmouth
Water Department
99 Buck Island Road
West Yarmouth, MA 02673-3672

United Site Services NE
P.O. Box 5502
Binghamton, NY 13902-5502

Waste Management
68 Hopkinton Rd.
Westborough, MA O1581

Xfinity
5 Omni Way
Chelmsford, MA 01824-4142

David J. Reier
Arent Fox LLP
Prudential Tower
800 Boylston Street, 32nd Floor

Boston, MA 02199-8004