UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re Ocean Development Partners, LLC　　　　　　　　　　Docket #22-10043

**MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER TO UPDATE**

　　　Now Comes Debtor, Ocean Development Partners, LLC, and requests that this Honorable Court extend the time to comply with Court Orders to Update to February 7, 2022. As reasons Debtor states as follows:

1) Debtor's principal has informed Counsel during Debtor's initial Debtor's Chapter 11 interview that he needs an extension to put all the information together regarding Debtor's schedules and financial affairs.
2) Debtor's principal filed this bankruptcy on behalf of Debtor in an emergency basis on January 14, 2022 in order to address collection actions at the state level.
3) Debtor's principal has devout most of his time and effort over the last past months assisting state court Counsel in defending the collection actions.
4) Debtor's Counsel was hired the on January 13, 2022.
5) Debtor's principal needs the additional time to collect the information for Counsel to finalize the schedules and financial affairs.
6) The Debtor's 341 meeting is set for February 10, 2022 at 1:30 P.M.

　　　WHEREFORE, Debtor requests that this Honorable Court grants the request and for any other relief deemed necessary and proper.

　　　Dated: January 27, 2022

Respectfully Submitted By<br>
Ocean Devolpment Parners, LLC<br>
Through Counsel,<br>
Perez-Kudzma Law Office,, P.CP.C<br>
/s/ Carmenelisa Perez-Kudzma 3<br>
35 Main Street, Suite 1<br>
Wayland MA 01778<br>
BBO#633520<br>
carmenelisa@pklolaw.com<br>
978-505-3333

CERTIFICATE OF SERVICE

I, Carmenelisa Perez-Kudzma, hereby certify that on January 27 2022 after 6pm a true copy of this Motion was served to all CM/ECF participants and the Office of the U.S. Trustee via ECF:

```
 See Attached
mailing list via
first class mail
```

/s/ Carmenelisa Perez-Kudzma
Carmenelisa Perez-Kudzma

18 MillSt. LLC
268 Newbury St.
Boston, MA 02116

Barry Bros. Disposal
P.O. Box 650040 Newton,
MA 02465-0040

Campbell Landscape, Inc.
P.O. Box 666
Barnstable, MA 02668-0666

Eversource 247 Station Drive
Westwood, MA 02090-2398

Franco's Painting 74 Nixon Rd.
Framingham, MA 01701

Loud Fuel Company
552 Thomas B. Landers Rd.
East Falmouth, MA 02536

National Grid
P.O. Box 11736 Newark, NJ 07101-1736

Ocean Development, LLC
3 Kales Way
Harwichport, MA 02646

Ocean Development Partners, LLC
268 Newbury St., 4th Floor
Boston, MA 02116

Ocean Luxury Real Estate
268 Newbury St., 4th Floor
Boston, MA 02116

Ocean Pools
161 Queen Anne Road
Harwich, MA 02645-2406

P&M Site Services
10 Orange Rd.
Nantucket, MA 02554

Raymond C. Green Companies
155 Federal Street, Suite 1300
Boston, MA 02110

Rex Electric 2045 Main St.

Mashpee, MA 02649

Todd Stamoulis
c/o Jennifer L. Conrad, Esquire
SEDER & CHANDLER, LLP
Burnside Building 339 Main Street
Worcester, MA 01608-1585

Tom Landscape, fnc.
61 Old South Rd.
Nantucket, MA 02554

Town of Nantucket Water Dept.
1 Milestone Road
Nantucket, MA 02554-6097

Town of Newton Assessors Dept.
1000 Commonwealth Avenue
Newton,MA 02459-1449

Town of Newton
Water & Sewer Division
1000 Commonwealth Avenue
Newton, MA 02459-1449

Town of Yarmouth Assessors
Dept. 1146 Route 28
South Yarmouth, MA 02664-4491

Town of Yarmouth
Water Department
99 Buck Island Road
West Yarmouth, MA 02673-3672

United Site Services NE
P.O. Box 5502
Binghamton, NY 13902-5502

Waste Management
68 Hopkinton Rd.
Westborough, MA O1581

Xfinity
5 Omni Way
Chelmsford, MA 01824-4142

David J. Reier
Arent Fox LLP
Prudential Tower
800 Boylston Street, 32nd Floor

Boston, MA 02199-8004