

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| *In re:* OCEAN DEVELOPMENT PARTNERS, LLC, Debtor | Ch. 11 22-10043-FJB |
|---|---|

**Order**

**MATTER:**

#21 Motion filed by Debtor Ocean Development Partners, LLC to Extend Time to Comply [Re: 4 Order to Update, 6 Order to Update]

Granted in part: the time is extended to Wednesday, February 2, 2022.

Dated: 1/27/2022

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge