**Fill in this information to identify the case:**

Debtor name ___Ocean Development Partners, LLC___

United States Bankruptcy Court for the: _____ District of ___Massachusetts___
(State)

Case number (If known): ___22-10043___

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................  $ 19,250,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................  $ 25,807,745.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................  $ 51,807,745.00

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................  $ 8,300,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................  $ inknown

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................................................  + $ 20,100.00

4. **Total liabilities**.....................................................................................................  $ 8,320,100,00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _Ocean Development Partners, LLC_

United States Bankruptcy Court for the: _____ District of _Massachusets_
(State)

Case number (If known): _22-10043_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Citizens Bank Checking | | 2  6  9  0 | $ 17.00 |
| 3.2. | | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1** | $ **17.00** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor  Ocean Development Partners, LLC                         22-10043
        _____          _____
        Name                                          Case number *(if known)*

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Real Estate Property Insurace _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $ 0.00

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less: 1,000,000.00 _____ – _____ = ......➔   $ 1,000,000.00
                         face amount            doubtful or uncollectible accounts

11b. Over 90 days old: 1,500,000.00 _____ – _____ = ......➔   $ 1,750,000.00
                       face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 2,750,000.00

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                  % of ownership:

15.1. Ocean Development Precint 1, LLC _____  Equitable Beneficial Interest %  $ 5,000,000.00

15.2. Ocean Realty Partners, LLC _____  Equitable Beneficial Interest  $ Value Unknown

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.              $ 5,000,000.00

---

Debtor  ___Ocean Development Partners, LLC___   Case number (if known) __22-10043__
        Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Furniture and Construction Equipment | MM / DD / YYYY | _____ | $_____ | $_____ 45,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ **45,000.00**

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor _____Ocean Development Partners, LLC_____   Case number _(if known)_ __22-10043___
          Name

33. **Total of Part 6.**                                                        $ _____0.00_____

   Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

   ☒ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☒ No

   ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☒ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                        $ _____0.00_____

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☒ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

Debtor    Ocean Development Partners, LLC
Name

Case number (if known)    22-10043

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor   Ocean Development Partners, LLC _____   Case number (if known) _22-10043_

Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  190 Mount Vernon St, Newton, MA | Owner | $ _____ | Debtor's Opinion | $ 5,000,000.00 |
| 55.2  156 Grant Ave, Newton, MA | Owner | $ _____ | Debtor's Opinion | $ 8,000,000.00 |
| 55.3  39 Terrace Ave, Newton, MA | Former Owner claiming wrongful foreclosure | $ _____ | Debtor's Opinion | $ 1,500,000.00 |
| 55.4  _____ | | $ _____ | Debtor's Opinion | $ _____ |
| 55.5  188 Mount Vernon, Newton, MA and 190 B Mount Vernon, Newton, MA | Wrongful Deed in Lieu Extortion | $ _____ | Debtor's Opinion | $ 4,500,000.00 |
| 55.6  3 Kales Way, Harwichport, MA | Beneficial Interest | $ _____ | Debtor's Opinion | $ 250,00.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ **19,250,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ **0.00**

Debtor   Ocean Development Partners, LLC _____   Case number (if known)_22-10043_____
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = → $_____
                               Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership

Breach of Contract Claim Against Joan Green (6)   $ 21,000,000.00
Raymond C. Green (6) and Raymond C. Green LLC (6)
Deborah Bistolli (1.5) Todd Stamoulis (1.5)

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 21,000,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor  Ocean Development Partners, LLC    Case number *(if known)* 22-10043
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 17.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 12,728.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,750,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0,000,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 45,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................. ➜ | | $ 19,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 21,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 25,807,745.00 | + 91b. $ 19,250,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................. $ 51,807,745.00

**Fill in this information to identify the case:**

Debtor name __Ocean Development Partners LLC__

United States Bankruptcy Court for the: _____ District of __Massachusetts__
(State)

Case number (If known): __22-10043__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
__Raymond C. Green, Inc__

Creditor's mailing address
__155 Federal Street, Suite 1300__
__Boston, MA 02110__

Creditor's email address, if known
_____

Date debt was incurred __11/5/2021__

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
__190 Mount Vernon Street__
__Newton, MA__

Describe the lien __First Mortgage__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 2,550,000.00
Column B: $ 3,000,000.00

**2.2**

Creditor's name
__Raymond C. Green Funding LLC__

Creditor's mailing address
__155 Federal Street, Suite 1300__
__Boston, MA 02110__

Creditor's email address, if known
_____

Date debt was incurred __2/16/2021__

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
__156 Grant Avenue__
__Newton, MA__
__190 Mount Vernon, Newton, MA__

Describe the lien __First Mortgage for Grant/Second for Mount Vernon__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 3,000,000.00
Column B: $ 8,000,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$ 8,300,000.00

Debtor  Ocean Development Partners, LLC
_____     _____
Name                                                    Case number (if known)

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** | Creditor's name

Raymond C. Green, Inc.

**Creditor's mailing address**

155 Federal Street, Suite 1300

Boston, MA 02110

**Creditor's email address, if known**

_____

Date debt was incurred    _____

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

156 Grant Avenue

Newton, MA

$ 2,750,000.00        $ 8,000,000.00

**Describe the lien**

First Mortgage

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**2._** | Creditor's name

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

Date debt was incurred    _____

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____    $_____    $_____

**Describe the lien**

_____

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Ocean Development Partners, LLC

Debtor

Name

Case number *(if known)* 22-10043

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David J. Reier, Esq.<br>Arent Fox LLP<br>800 Boylston Street, Boston, MA 02199 | Line 2. 1, 2-2, 2-3 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor  Ocean Development Partners LLC

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number 22-10043
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | **Priority creditor's name and mailing address**<br>Town of Newton<br>Assessors Dept.<br>1000 Commonwealth Avenue<br>Newton,MA 02459-1449<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Reas Estate Taxes<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Unknown | $ Unknown |
| **2.2** | **Priority creditor's name and mailing address**<br>Town of Newton<br>Water & Sewer Division<br>1000 Commonwealth Avenue<br>Newton, MA 02459-1449<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ Unknown | $ Unknow |
| **2.3** | **Priority creditor's name and mailing address**<br><br><br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |

Debtor ___Ocean Development Partners LLC_____   Case number _(if known)___22-10043__
       Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

---

| Debtor | Ocean Development Partners LLC | Case number (if known) | 22-10043 |
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**

Barry Bros. Disposal
P.O. Box 650040
Newton, MA 02465-0040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Services Rendered

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 4,500.00

---

**3.2**

**Nonpriority creditor's name and mailing address**

Eversource
247 Station Drive
Westwood, MA 02090-2398

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,800.00

---

**3.3**

**Nonpriority creditor's name and mailing address**

Franco's Painting
74 Nixon Rd.
Framingham, MA 01701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,850.00

---

**3.4**

**Nonpriority creditor's name and mailing address**

National Grid
P.O. Box 11736
Newark, NJ 07101-1736

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,560.00

---

**3.5**

**Nonpriority creditor's name and mailing address**

Todd Stamoulis
c/o Jennifer L. Conrad, Esquire
SEDER & CHANDLER, LLP Burnside Building
339 Main Street Worcester, MA 01608-1585

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Unknow Status

---

**3.6**

**Nonpriority creditor's name and mailing address**

United Site Services
P.O. Box 5502
Binghamton, NY 13902-5502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Services Rendered

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5,200.00

---

| Debtor | Ocean Development Partners LLC | Case number (if known) 22-10043 |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7 **Nonpriority creditor's name and mailing address**

Waste Management
68 Hopkinton Rd.
Westborough, MA O1581

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services Rendered

$ 3,650.00

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.** 8 **Nonpriority creditor's name and mailing address**

Xfinity
5 Omni Way
Chelmsford MA 01824-4142

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ 450.00

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.** ___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.** ___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.** ___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____  Case number _(if known)_ _____
                Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____   Case number _(if known)_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ Unknown |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 20,010.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 20,010.00 |

**Fill in this information to identify the case:**

Debtor name __Ocean Development Partners, LLC__

United States Bankruptcy Court for the: _____ District of __Massachusetts__
(State)

Case number (If known): __22-10043__   Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| Debtor | Ocean Development Partnes, LLC | Case number *(if known)* | 22-10043 |
|---|---|---|---|
| | Name | | |

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____
State the term remaining
List the contract number of any government contract
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____
State the term remaining
List the contract number of any government contract
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____
State the term remaining
List the contract number of any government contract
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____
State the term remaining
List the contract number of any government contract
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____
State the term remaining
List the contract number of any government contract
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____
State the term remaining
List the contract number of any government contract
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____
State the term remaining
List the contract number of any government contract
_____

**Fill in this information to identify the case:**

Debtor name __Ocean Development Partners LLC__

United States Bankruptcy Court for the: _____ District of __Massachusetts__
(State)

Case number (If known): __22-10043_____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 GOTCAPITAL LLC, , | 268 Newbury Steet — Street<br>Boston MA 02116 — City / State / ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF<br>THE RAYMOND C. GREEN TRUST, | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 GOTSPACE DATA FUND ONE LLC | Street 268 Newbury Steet<br>City Boston MA 02116 State / ZIP Code | RAYMOND C. GREEN, INC.,<br>as TRUSTEE OF<br>THE RAYMOND C. GREEN TRUST, | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 GOTSPACE DATA PARTNERS LLC | Street 268 Newbury Steet<br>City Boston MA 02116 State / ZIP Code | RAYMOND C. GREEN, INC.,<br>as TRUSTEE OF<br>THE RAYMOND C. GREEN TRUST, | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 GOTSPACE DEVELOPMENT LLC | Street 268 Newbury Steet<br>City Boston MA 02116 State / ZIP Code | RAYMOND C. GREEN, INC.,<br>as TRUSTEE OF<br>THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 OCEAN DEVELOPMENT PARTNERS LLC, | Street 268 Newbury Steet<br>City Boston MA 02116 State / ZIP Code | RAYMOND C. GREEN, INC.,<br>as TRUSTEE OF<br>THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 OCEAN DEVELOPMENT PRECINCT I LLC | Street 268 Newbury Steet<br>City Boston MA 02116 State / ZIP Code | RAYMOND C. GREEN, INC.,<br>as TRUSTEE OF<br>THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____    Case number _____
          Name                                        (if known)

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 OCEAN INVESTMENT HOLDINGS LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.8 OCEAN VACATIONS LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.9 OCEAN VACATIONS REALTY TRUST, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G |
| 2.10 ONE SEVEN ONE LLC, WONDERLAND PROPERTIES, LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.11 TREMONT ENTERTAINMENT ENTERPRISES, INC., | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.12 W LOFTS DEVELOPMENT, LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.13 OCEAN REALTY PARTNERS LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.14 GOTSPACE DATA EQUITY FUND, LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G |

Ocean Development Partners LLC

22-10043

| | |
|---|---|
| Debtor | |
| Name | |
| | Case number (if known)_____ |

## ▍Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 GOTSPACE EQUITY FUND 1, LLC, | 268 Newbury Street _Street_ Boston MA 02116 _City   State   ZIP Code_ | RAYMOND C. GREEN, INC., as TRUSTEE OF ____ THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G   D |
| 2.16 GOTSPACE EQUITY FUND 1, LLC | _Street_ 268 Newbury Steet _City_ Boston MA 02116 _State   ZIP Code_ | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G   D |
| 2.17 GOTSPACE SELF STORAGE HOLDINGS, LLC, | _Street_ 268 Newbury Steet _City_ Boston MA 02116 _State   ZIP Code_ | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G   D |
| 2.18 GOTSPACE MANAGEMENT, LLC, | _Street_ 268 Newbury Steet _City_ Boston MA 02116 _State   ZIP Code_ | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G   D |
| 2.18 GOTSPACE MANAGEMENT, LLC, | 268 Newbury Street _Street_ Boston MA 02116 _City   State   ZIP Code_ | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G   D |
| 2.20 GOTSPACE BEVERLY, LLC | 268 Newbury Street _Street_ Boston MA 02116 _City   State   ZIP Code_ | RAYMOND C. GREEN, INC. as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G   D |
| 2.21 GOTSPACE GLOUCESTER, LLC, | _Street_ 268 Newbury Steet _City_ Boston MA 02116 _State   ZIP Code_ | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G   D |
| 2.22 NICHOLAS FIORILLO | 268 Newbury Street _Street_ Boston, MA 02116 _City   State   ZIP Code_ | | ☐ D ☐ E/F ☐ G   D |
| 2.23 Louis Delpidion | Boston Ballroom Corp 279 Tremont Street, Boston MA 02116 | | D |

Official Form 206H      Schedule H: Codebtors      page ___ of ___

**Fill in this information to identify the case:**

Debtor name  Ocean Development Partners, LLC

United States Bankruptcy Court for the: _____ District of Massachusetts
(State)

Case number (If known):  22-10043 _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Barry Bros. Disposal P.O. Box 650040 Newton, MA 02465-0040 | Services Rendered | | Disputed | | | 4,500.00 |
| 2  Eversource 247 Station Drive Westwood, MA 02090-2398 | Utilities | | | | | 2,800.00 |
| 3  Franco's Painting 74 Nixon Rd. Framingham, MA 01701 | Services Rendered | | | | | 1,850.00 |
| 4  National Grid P.O. Box 11736 Newark, NJ 07101-1736 | Utilities | | | | | 1,560.00 |
| 5  Todd Stamoulis c/o Jennifer L. Conrad, Esquire SEDER & CHANDLER, LLP Burnside Building 339 Main Street Worcester, MA 01608-1585 | Contractual | | Disputed | | | Unknown Status |
| 6  Town of Newton Assessors Dept. 1000 Commonwealth Avenue Newton,MA 02459-1449 | Real Estate Taxes | | Disputed | | | Unknown Status |
| 7  Town of Newton Water & Sewer Division 1000 Commonwealth Avenue Newton, MA 02459-1449 | Water and Sewer | | Disputed | | | Unknown Status |
| 8  United Site Services P.O. Box 5502 Binghamton, NY 13902-5502 | Services Rendered | | Disputed | | | 5,200.00 |

Debtor  Ocean Development Partners, LLC                                Case number *(if known)* 22-10043
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Waste Management 68 Hopkinton Rd. Westborough, MA O1581 | Services Rendered | Disputed | | | | 3,650.00 |
| 10 | Xfinity 5 Omni Way Chelmsford MA 01824-4142 | Utilities Cable | | | | | 450.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Ocean Development Partners LLC___

United States Bankruptcy Court for the: _____ District of ___Massachusetts___
(State)

Case number (*If known*): ___22-10043___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/2/2021___          ✗ _____
          MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        ___Nicholas Fiorillo___
                                        Printed name

                                        ___Prinicipal___
                                        Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors