

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* OCEAN DEVELOPMENT PARTNERS, LLC, Debtor | Ch. 11 22-10043-FJB |

### Proceeding Memorandum and Order

**MATTER:**
#12; Motion filed by Debtor Ocean Development Partners, LLC to Determine the Applicability of the Automatic Stay

**Decision set forth more fully as follows:**
Telephonic hearing held. For the reasons set forth on the record, including that the motion fails to set forth fair notice as to the relief requested, and that an injunction protecting related entities must be sought by an adversary complaint, the Motion to Determine the Applicability of the Automatic Stay is hereby DENIED.

Dated: 2/8/2022

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge