UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re | )<br>)<br>) |
| OCEAN DEVELOPMENT PARTNERS, LLC | )  Chapter 11<br>)  Case No. 22-10043-FJB<br>) |
| Debtor | )<br>)<br>) |

## APPLICATION TO EMPLOY COUNSEL UNDER GENERAL RETAINER

To the Honorable Frank J. Bailey, U.S. Bankruptcy Judge:

Now comes, Ocean Development Partners, LLC ("Debtor") the Debtor herein, and respectfully represents:

1. On January 14, 2022, the Debtor filed a voluntary petition seeking relief under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor's business consists of purchasing, developing and selling real estate.

3. The Debtor has a principal office at 268 Newbury Street, Boston, Massachusetts.

4. The Debtor desires to employ the services of Weiner Law Firm, P.C. ("WLF") of 1441 Main Street, Suite 610, Springfield, Massachusetts to serve as counsel to the Debtor in this Chapter 11 case.

5. The Debtor seeks to employ WLF for the reason of the firm's considerable experience in bankruptcy matters and believes that WLF is well qualified to represent the interests of the Debtor in Possession in this case.

6. The duties and responsibilities of WLF as counsel to the Debtor shall include, but not be limited to, the following:

   A. To provide legal advice with respect to the powers and duties of the Debtor in Possession in the continued operation of its business;

   B. To represent the interests of the Debtor at all hearings scheduled before this Honorable Court;

   C. To assist the Debtor in complying with the procedural requirements of the Office of the United States Trustee;

   D. To assist the Debtor in the resolution of its financial problems and the implementation of the Plan of Reorganization which it anticipates filing in this case;

   E. To represent the Debtor in its dealing with regulatory authorities, agencies and taxing authorities;

   F. To prepare on behalf of the Debtor, as Debtor in Possession, necessary Applications, Motions, Answers, Orders, Complaints, Reports and other legal actions as needed;

   G. To perform all other bankruptcy related legal services for the Debtor which may be necessary in the usual course of the administration of this estate.

7. To the best of the Debtor's knowledge and belief, WLF represents no interests adverse to the Debtor's Estate in the matters upon which it is to be engaged, and its employment would be in the best interest of this estate.

WHEREFORE, the Debtor prays that it be authorized to employ the said Weiner Law Firm, P.C., as counsel under a general retainer to represents its interests as a Debtor in Possession.

_____
Nicholas Fiorillo, Managing Member
Ocean Development Partners, LLC
Date: April 4, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| GOTSPACE DATA EQUITY FUND, LLC | ) Chapter 11 |
| | ) Case No. 22-10043-FJB |
| Debtor | ) |

## SIGNED STATEMENT OF PROFESSIONAL PERSON

1. I hereby represent that I do not hold or represent any interest adverse to the estate of the above-noted Debtor (U.S.C., Section 327). I further represent that no member of my firm holds or represents any interest adverse to the estate.

2. My and my firm's connections with the Debtor, creditors, or other parties in interest, their respective attorneys and accountants (Federal Rule of Bankruptcy Procedure 2012(a)) are as follows:
Counsel is filing contemporaneous with this application an application to be employed by Ocean Development Partners, LLC (Case No. 22-10043) which is an entity sharing the same managing member, Nicholas Fiorillo. Upon information and belief both Debtors have obligations to creditors listed in both proceedings.

3. I hereby represent that I am and each member of my firm is a "disinterested person" (11 U.S.C. Section 327) as that term is defined in 11 U.S.C. Section 101(14).

4. I hereby represent that neither I am nor any member of my firm is disqualified by reason of being a relative of a Judge of the United States Bankruptcy Court for the District of Massachusetts, nor am I or any member of my firm disqualified by reason of being a relative of the United States Trustee for the Districts of Maine, Massachusetts, New Hampshire or Rhode Island (Federal Rule of Bankruptcy Procedure 5002).

5. I hereby represent that I have agreed not to share with any person (except members of my firm) the compensation to be paid for the services rendered in this case.

6. I hereby represent that I have received a retainer in this case in the amount of $23,750.00, which sum, upon information and belief, was paid by Ocean Vacations, LLC. This retainer represents the total retainer received for this bankruptcy proceeding.

7. I shall amend this statement immediately upon my learning that: (a) any of the within representations are incorrect or (b) there is any change of circumstance related thereto.

8. I have reviewed the provisions of Massachusetts Local Bankruptcy Rule 2016-1.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Gary M. Weiner, Esq. BBO# 548341
Robert E. Girvan, III, Esq. BBO#569063
WEINER LAW FIRM, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
gweiner@weinerlegal.com
rgirvan@weinerlegla.com
Tel. No. (413) 732-6840
Fax. No. (413) 785-5666
Dated: April 4, 2022