# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**OCEAN DEVELOPMENT PARTNERS, LLC,**<br><br>Debtor | **Chapter 11**<br>**Case No. 22-10043-FJB** |
| In re:<br><br>**GOTSPACE DATA EQUITY FUND, LLC**<br>Debtor | **Chapter 11**<br>**Case No. 22-10044-FJB** |

## MOTION FOR DONALD A. STUKES OF ASI ADVISORS, LLC TO APPEAR TELEPHONICALLY WITH REQUEST FOR EMERGENCY DETERMINATION

Now comes Gary M. Weiner, Esq. of Weiner Law Firm, P.C., Counsel to the Debtor, and hereby moves this Honorable Court for authority for Donald A. Stukes, proposed Financial Advisor for the Debtor, to appear telephonically at the hearing set for Tuesday, April 5th, 2022 at 11:30 a.m. at the United States Bankruptcy Court, 5 Post Office Square, 12th Floor, Courtroom 1, Boston, Massachusetts. In support of this Motion, Gary M. Weiner, Esq. respectfully represents that:

1. On January 14, 2022, the Debtor filed the present Chapter 11 case.

2. On March 9, 2022, the U.S. Trustee filed a Motion to Convert Case to Chapter 7 (DN 47) that is presently scheduled for hearing on April 5, 2022 at 11:30 am.

3. On April 4, 2022, the Debtor filed an Application to Employ Weiner Law Firm, P.C. as Counsel to the Debtor.

4. The Debtor intends to file an Application to Employ Donald A. Stukes and ASI Advisors, LLC as Financial Advisor for the Debtor to assist in preparing Monthly Operating

Motion to Appear Telephonically
Page 2
Ocean Development Partners, LLC
Case No. 22-10043-FJB

Reports for the U.S. Trustee, providing general restructuring advice, and other financial advisory services to the Debtor.

5. The Debtor requests that Mr. Stukes be allowed to appear at the hearing to offer testimony as to his proposed employment for the Debtor. The Debtor requests that Mr. Stukes be allowed to appear telephonically, as he is based in White Plains, NY and unable to travel on short notice to Boston for an in-person hearing.

### **Request for Emergency Determination Pursuant to Local Rule 9013(1)(g)**

1. The Debtor incorporates the factual allegations in Paragraphs 1-5 above as stated herein.
2. Debtor requires emergency determination for approval of Donald A. Stukes, the Debtor's proposed Financial Advisor, to appear telephonically at the hearing on the U.S. Trustee's Motion to Convert Case to Chapter 7 as the undersigned law firm and Mr. Stukes have only just been retained shortly before the scheduled April 5, 2022 hearing. As noted, Mr. Stukes is based in White Plains, NY, and therefore cannot travel in time to a hearing in Boston, MA the next day. The Debtor believes the testimony of Mr. Stukes is crucial to demonstrating to this Court the Debtor's commitment to complying with its statutory requirements under Chapter 11 and that conversion is not in the best interests of the Parties.

WHEREFORE, it is respectfully requested that this Honorable Court grant authority for Donald A. Stukes to appear telephonically at the hearing set for Tuesday, April 5, 2022 at 11:30 am in Worcester, Massachusetts.

Motion to Appear Telephonically
Page 3
Ocean Development Partners, LLC
Case No. 22-10043-FJB

                                  OCEAN DEVELOPMENT PARTNERS, LLC
                                  By Its Counsel

*/s/  Gary M. Weiner, Esq.*
Gary M. Weiner, Esq., BBO #548341
Robert E. Girvan III, Esq., BBO #569063
WEINER LAW FIRM, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. 413-732-6840
GWeiner@weinerlegal.com
Date: April 4, 2022