UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| OCEAN DEVELOPMENT | ) | |
| PARTNERS, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | Case No. 22-10043-FJB |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GOTSPACE DATA EQUITY | ) | |
| FUND, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | Case No. 22-10044-FJB |
| | ) | |

**STIPULATION AND AGREED ORDER
RESOLVING THE UNITED STATES TRUSTEE'S
MOTIONS TO CONVERT THE DEBTORS'
CHAPTER 11 CASES TO CHAPTER 7 AND
CANCELLING APRIL 28, 2022 EVIDENTIARY HEARING**

CAME ON FOR CONSIDERATION the United States Trustee's second motions to convert the chapter 11 cases of Ocean Development Partners, LLC and Gotspace Data Equity Fund, LLC ("Debtors") to chapter 7 ("Conversion Motions") (Case No. 22-10043, DE46) (Case No. 22-10044, DE47) and the Debtor's objections (Case No. 22-10043, DE64) (Case No. 22-10044, DE65), and it appearing that the parties have reached an agreement, the Court finds and rules as follows:

WHEREAS, by orders dated April 5, 2022 (Case No. 22-10043, DE70)

1

(Case No. 22-10044, DE71), and based on the parties' pleadings and arguments and after notice and a hearing, the Court determined that cause existed under 11 U.S.C. § 1112(b) to grant the United States Trustee's motions to convert the Debtors' chapter 11 cases to chapter 7; and

WHEREAS, the Court scheduled an in-person evidentiary hearing for Thursday, April 28, 2022 at 9:30 a.m. on the Conversion Motions; and

WHEREAS, in lieu of continuing to trial, the parties have agreed to dismissal of the Debtors' chapter 11 cases under 11 U.S.C. § 1112(b). Accordingly, it is hereby

ORDERED, that the Debtors' chapter 11 cases are hereby DISMISSED under 11 U.S.C. § 1112(b). It is further

ORDERED, that the Debtors will file all monthly operating reports ("MORs") due for the months that the Debtors' cases remain open. It is further

ORDERED, that the Debtors will pay all outstanding quarterly United States Trustee fees under 28 U.S.C. § 1930(a)(6) when due for all periods during which the Debtors' cases remain open. It is further

ORDERED, that the Debtors are barred from refiling bankruptcy petitions under chapter 11 or subchapter V of chapter 11 of title 11 for 12 months from the entry of orders approving this stipulation. It is further

ORDERED, that, because the parties have settled as set forth above, the 9:30 a.m. April 28, 2022 evidentiary hearing on the Conversion Motions is hereby

CANCELED.

Signed this ____ day of April, 2022 at Boston, Massachusetts.

_____
HON. FRANK J. BAILEY

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| OCEAN DEVELOPMENT PARTNERS, LLC and GOTSPACE DATA EQUITY FUND, LLC,<br><br>By: */s/ Gary M. Weiner (By Permission) (EKB)*<br>Gary M. Weiner, Esq., BBO#548341<br>Robert E. Girvan, III, Esq., BBO#569063<br>Weiner Law Firm, P.C.<br>1441 Main Street, Suite 610<br>Springfield, MA 01183<br>Tel: (413) 732-6840<br>Fax: (413) 785-5666<br>Email: gweiner@weinerlegal.com | WILLIAM K. HARRINGTON UNITED STATES TRUSTEE REGION 1<br><br>By: */s/ Eric K. Bradford*<br>Eric K. Bradford BBO#560231<br>Department of Justice<br>John W. McCormack Post Office & Courthouse<br>5 Post Office Square, 10th Floor, Suite 1000<br>Boston, MA 02109-3934<br>PHONE: (202) 306-3815<br>FAX: (617) 565-6368<br>Eric.K.Bradford@USDOJ.gov |