**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| OCEAN DEVELOPMENT PARTNERS, LLC | ) |
| | ) Case No. 22-10043-FJB |
| Debtor. | ) |

**LIMITED RESPONSE OF RAYMOND C. GREEN TRUST TO ASSENTED-TO MOTION OF THE UNITED STATES TRUSTEE TO APPROVE STIPULATION DISMISSING DEBTORS' CHAPTER 11 CASE**

Raymond C. Green, Inc., as Trustee of the Raymond C. Green Trust ("Green Trust"), by its attorneys, hereby submits this limited response to the Assented-To Motion of the United States Trustee to Approve Stipulation Dismissing Debtors' Chapter 11 Cases [Ocean Development Docket No. 87] ("Dismissal Motion," "Stipulation of Dismissal").[1]

The Green Trust supports dismissal of this case and especially the bar against the Debtor filing another Chapter 11 case within the next 12 months as provided for in the Stipulation of Dismissal.

The Green Trust however urges this Court to include in the bar against future filings any successor-in-title to this Debtor owned and/or controlled, directly or indirectly, by the current Manager, Nicholas Fiorillo. Here, the Manager of the Debtor, Mr. Fiorillo, has during the past year caused multiple filings by the Debtor's member, Ocean Realty Partners, as well as this Debtor, all for the primary purpose of effecting a stay of action against the two real properties owned by this Debtor, 156 Grant Avenue and 190 Mount Vernon Street, Newton, Massachusetts,

---

[1] The Green Trust has insufficient interest in the Gotspace Data Equity Fund case to respond and therefore files this Limited Response only in the Ocean Development Partners case.

AFDOCS/25687268.1

on which the Green Trust holds mortgages securing an indebtedness, as of the Ocean Development petition date, of approximately $6.6 million.

In light of Mr. Fiorillo's history of invoking the stay without ever filing a plan of reorganization or otherwise causing the debtors under his control to comply with their Chapter 11 administrative obligations, the Green Trust contends that it is only appropriate that the bar be expanded to include successors in title. While the Debtor might not now be intending such an obvious bad faith circumvention of the proposed bar order, the modification suggested by the Green Trust provides a further level of protection against more filings.

The Green Trust suggests that the bar order contained in the current Stipulation of Dismissal as to the Ocean Development case be modified as follows (modified language shown in bold typeface):

> ORDERED, that the **Debtor Ocean Development Partners and any successor in title to such Debtor with respect to the real properties located at 156 Grant Avenue and 190 Mount Vermont Street, Newton, Massachusetts, owned and/or controlled directly or indirectly by Nicholas Fiorillo,** are barred from refiling or filing bankruptcy petitions under chapter 11 or subchapter V of chapter 11 of title 11 for 12 months from the order **dismissing this case**.

The foregoing modification is in keeping with the spirit of the Stipulation of Dismissal, and has the added benefit of closing what may be a technical loophole.

WHEREFORE, the Green Trust respectfully requests that this Court approve the Stipulation of Dismissal with the addition or substitution of the language set forth above.

        **Raymond C. Green, Inc., as Trustee of the Raymond C. Green Trust.**

        By its attorney,

        */s/ David J. Reier*
        David J. Reier, BBO #546202
        ArentFox Schiff LLP
        Prudential Tower
        800 Boylston Street, 32nd Floor
        Boston, MA 02199-8161
        617-973-6145
        Email: david.reier@afslaw.com

Dated: April 26, 2022

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 26th day of April, 2022 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        */s/ David J. Reier*
        David J. Reier